WHERE A PRIVATE NOT FOR PROFIT HOSPITAL IS CREATED FOR THE PURPOSE OF LEASING PUBLIC PROPERTY FOR PUBLIC USE, IT WOULD BE "ADMINISTERING PUBLIC PROPERTY" WITHIN THE MEANING OF 25 O.S. 1977 Supp., 304 [25-304], AND WOULD BE A "PUBLIC BODY" SUBJECT TO THE OPEN MEETING ACT, REGARDLESS OF WHETHER SUCH LEASE IS OBTAINED FROM A COUNTY DIRECTLY OR FROM A PUBLIC TRUST HAVING AS ITS BENEFICIARY THE COUNTY. (GERALD E. WEIS)